IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLAYTON HAUGEN, § <br>     Plaintiff, § <br> § <br> V. § <br> § <br> ACTIVISION PUBLISHING, INC., § <br> ACTIVISION BLIZZARD, INC., INFINITY § <br> WARD, INC. and MAJOR LEAGUE § <br> GAMING CORP., § <br>     Defendants. § | CIVIL ACTION NO. 2:21-cv-00035 <br><br> JURY |

## ATTACHMENT TO CIVIL COVER SHEET  FORM  JS44

Additional Attorneys for Plaintiff:

    Timothy Micah Dortch
    State Bar No. 24044981
    **POTTS LAW FIRM, LLP**
    2911 Turtle Creek Blvd, Suite 1000
    Dallas, Texas 75219
    (214) 396-9427 (Telephone)
    (469) 217-8296 (Facsimile)
    mdortch@potts-law.com

    **CHRISTOPHER D. LINDSTROM**
    State Bar No. 24032671
    **POTTS LAW FIRM, LLP**
    3737 Buffalo Speedway, Suite 1900
    Houston, Texas 77098
    (713) 963-8881 (Telephone)
    (713) 583-5388 (Facsimile)
    clindstrom@potts-law.com

    *Attorneys for Plaintiff*
    *Clayton Haugen*