IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CLAYTON HAUGEN, | § § | |
| Plaintiff, | § § | C.A. NO. 2:21-cv-00035-JRG |
| V. | § § | |
| ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., INFINITY WARD, INC. and MAJOR LEAGUE GAMING CORP., | § § § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Please take notice that Timothy Micah Dortch of Potts Law Firm, LLP makes his appearance for Plaintiff Clayton Haugen.  Mr. Dortch may be contacted as follows:

Timothy Micah Dortch
POTTS LAW FIRM, LLP
2911 Turtle Creek Blvd., Suite 1000
Dallas, Texas 75219
(214) 396-9427
(469) 217-8296 (fax)
mdortch@potts-law.com

The undersigned respectfully requests the Court note his appearance in this lawsuit. Counsel respectfully requests to be copied with all pleadings, discovery or other documents in this matter.

Respectfully submitted,

By: /s/ T. Micah Dortch
Timothy Micah Dortch
State Bar No. 24044981
**POTTS LAW FIRM, LLP**
2911 Turtle Creek Blvd, Suite 1000
Dallas, Texas 75219
Tel: (214) 396-9427
Fax: (469) 217-8296
mdortch@potts-law.com

**ATTORNEY FOR PLAINTIFF**