UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLAYTON HAUGEN,<br>*Plaintiff*,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC. ET AL,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00035-JRG |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendants Activision Publishing, Inc., Activision Blizzard Inc., Infinity Ward, Inc., and Major League Gaming Corp. ("Defendants") respectfully move the Court to extend the time to answer Plaintiff's Complaint and shows the Court as follows:

The current deadline for Defendants to respond to the Complaint is April 12, 2021[1]. Defendants are seeking an extension up to and through April 26, 2021, as the new deadline to respond to the complaint, in order to investigate certain allegations in the complaint, specifically allegations relating to prior contact or lack of contact, and prior contracts or absence of contracts, between the Plaintiff and the Defendants.

Counsel for Defendants has conferred with counsel for Plaintiff, and counsel for Plaintiff has indicated it is unopposed to this motion.

---

[1] The Court granted two extensions, totaling an additional 45-days.

Dated: April 9, 2021

Respectfully submitted,

By: */s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 9th day of April, 2021.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Defendants has met and conferred with Counsel for Plaintiff regarding this Motion via electronic mail on April 9, 2021. Counsel for Plaintiff has indicated that it does not oppose this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith