IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLAYTON HAUGEN §<br>     *Plaintiff*, §<br> §<br>v. §<br> §<br>ACTIVISION PUBLISHING, INC. et al §<br>     *Defendants*. § | CASE NO.  2:21-cv-00035-JRG |

## AMENDED REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Thursday, September 9, 2021, between Plaintiff, Clayton Haugen, and Defendants, Activision Publishing, Inc., Activision Blizzard Inc., Infinity Ward, Inc., and Major League Gaming Corp; the session ended in a suspension.  Since that date, the undersigned mediator has continued to work with the parties, and now files this amended report of settlement.

Signed this 1st day of October 2021.

/s/  David Folsom
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 1st day of October 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/  David Folsom
David Folsom

30326670v.1 141408/00856