IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLAYTON HAUGEN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO.  2:21-CV-00035-JRG |
| § | |
| ACTIVISION PUBLISHING, INC., § | |
| ACTIVISION BLIZZARD INC,  INFINITY § | |
| WARD, INC.,  MAJOR LEAGUE GAMING § | |
| CORP., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Clayton Haugen and Defendants Activision Publishing, Inc., Activision Blizzard, Inc., Infinity Ward, Inc., and Major League Gaming Corp. (Dkt. No. 42). In the Motion, the parties request dismissal with prejudice of all claims in this case.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. All claims asserted by and between all parties as part of the above-captioned case are hereby **DISMISSED WITH PREJUDICE** with all attorneys' fees, expenses, and costs of court to be borne by the party incurring the same. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 27th day of October, 2021.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE